UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

       United States of America,

                                                    Notice of Adjournment
                                                       of Conference

      -against-

                                                        7:21-CR-00568 (CS)

       Marcelo Marin Vargas,
                           Defendant(s).
----------------------------------------------------------------X

The Status Conference previously scheduled before this Court for **May 25, 2022 at 11:30 a.m.** is adjourned to **June 1, 2022 at 3:30 p.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.


                                                      /s/ Walter Clark, Courtroom Deputy

Dated: May 2, 2022
       White Plains, New York