

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 20, 2022

**SO ORDERED.**

*/s/ Cathy Seibel*      10/20/22

CATHY SEIBEL, U.S.D.J.

**BY EMAIL & ECF**

The Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  **United States** v. **Marcelo Marin Vargas**, 21 Cr. 568 (CS)

Dear Judge Seibel:

    The parties write jointly to request an adjournment of the change-of-plea proceeding in this matter, currently scheduled for November 4, 2022 at 11:30 a.m., until November 10, 2022 at 11:00 a.m.

    Thank you for your consideration.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(914) 993-1919

cc:  Christopher Maher, Esq., counsel to Marcelo Marin Vargas (by email)