UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :    ORDER OF RESTITUTION
                                    :
        - v. -                      :    S1 21 Cr. 568 (CS)
                                    :
MARCELO MARIN VARGAS,               :
                                    :
                Defendant.          :
------------------------------------X

      Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Benjamin A. Gianforti, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Three of the above Information; and all other proceedings in this case, and upon the consent of MARCELO MARIN VARGAS, the defendant, by and through his counsel, Christopher X. Maher, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

      MARCELO MARIN VARGAS, the Defendant, shall pay restitution in the total amount of $3,000 to the victim of the offense charged in Count Two. The names, addresses, and amount owed are set forth in the Schedule attached hereto. Upon advice of a change of address,

1

the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: White Plains, New York
       May 9, 2023

SO ORDERED:

*Cathy Seibel*
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

2